UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY ALLEN, a/k/a Jeffrey Adams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:17-CV-106-D** |
| ) | |
| JAMES ONEIL, Chief of NYC Police ) | |
| Dept.; JOSEPH REIZNICK, Director In ) | |
| Charge, NYC Internal Affairs; and ) | |
| JONATHAN DARCHE, Director, New ) | |
| York City Civilian Complaint Board, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Allen's applications to proceed in forma pauperis [D.E. 1, 7] are GRANTED, and Allen's complaint is DISMISSED as frivolous. The clerk shall close the case.

**This Judgment Filed and Entered on May 16, 2018, and Copies To:**

Adam L. Perry                                            (Sent to 5110 Chapel Hill Rd. #120 C Durham, NC 27707 via US Mail)

DATE:                                                    PETER A. MOORE, JR., CLERK

May 16, 2018                          (By) /s/ Nicole Briggeman

                                                         Deputy Clerk